

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00819-CV

**IN THE INTEREST OF J.H., I.H., E.H., M.H., AND L.H., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0958-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

After this court granted court reporter Terri Robason's first and second extensions of time to file the reporter's record, the record was due on January 19, 2017. *See* TEX. R. APP. P. 26.3. On the due date, the court reporter filed a third notification of late record and requested an additional four days to file the three remaining volumes of the reporter's record.

The reporter's third motion for extension of time to file the reporter's record is GRANTED. **We ORDER the court reporter to file the remaining volumes of the reporter's record with this court by January 30, 2017.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

We reiterate that the child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)). **Any further requests for extension of time to file the reporter's record will be strongly disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court